# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JERRY SIMPSON**                                                **PLAINTIFF**

v.                     No. 3:15-CV-00257-JTR

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

So ordered this 22nd day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

1